2010-36241
FILED
September 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002942285

Alan Steven Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA  92614
(949) 720-9200
(949) 608-0128
Alan.Wolf@wolffirm.com

Attorneys for Movant
U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF12 Mortgage Pass-Through Certificates, Series 2006-FF12

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | CASE: 10-36241-A-7 |
| ALFRED L JEFFERSON | CHAPTER 7 |
| Debtor. | REF.: ASW-1 |
| | ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| | DATE: 09/20/10<br>TIME: 9:00am<br>CTRM: 28<br>U.S. Bankruptcy Court<br>501 I Street<br>Sacramento, CA  95814 |

A MOTION FOR RELIEF FROM THE AUTOMATIC STAY in this case having been filed by U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF12 Mortgage Pass-Through Certificates, Series 2006-FF12, and having been set to be heard before the HONORABLE MICHAEL S. MC MANUS, UNITED STATES BANKRUPTCY JUDGE, on September 20, 2010, and the Court, having read the

RECEIVED
September 21, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002942285

various pleadings, documents and proceedings, and service having been made, and after due deliberation without hearing, does hereby make its order as follows:

IT IS ORDERED that with respect to the real property commonly known as 3820 Sunnyvale Avenue, Sacramento, CA 95821, and more fully described as follows:

SEE LEGAL DESCRIPTION MARKED AS EXHIBIT

"A" AND INCORPORATED HEREIN BY REFERENCE

Movant and its agents and successors are relieved of the automatic stay, and said stay is immediately terminated, so that Movant and its agents and successors may exercise or cause to be exercised any and all rights under its Note and/or Deed of Trust and any and all rights after foreclosure sale, including, but not limited to, the right to commence and/or consummate foreclosure proceedings on the property and the right to proceed in any action to obtain possession of the property.

IT IS FURTHER ORDERED that the court determines that this bankruptcy proceeding has been finalized for purposes of Cal. Civil Code § 2923.5 and the enforcement of the note and deed of trust described in the motion against the subject real property. Further, upon entry of the order granting relief from the automatic stay, the movant and its successors, assigns, principals, and agents shall comply with Cal. Civil Code § 2923.52 et seq., the California Foreclosure Prevention Act, to the extent it is otherwise applicable.

Matter I.D. 6401-6090

1     IT IS FURTHER ORDERED that because the movant has not
2 established that the value of its collateral exceeds the
3 amount of its secured claim, the court awards no fees and
4 costs to movant.
5     IT IS FURTHER ORDERED that the 14-day period specified
6 in Fed.R.Bankr.P. 4001(a)(3) is not waived. That period,
7 however, shall run concurrently with the 7-day period
8 specified in Cal. Civ. Code Section 2924g(d) to the extent
9 section 2924g(d) is applicable to orders terminating the
10 automatic stay.
11     IT IS FURTHER ORDERED that no other relief is awarded.

Dated: September 22, 2010

By the Court

Michael S. McManus
United States Bankruptcy Judge

Matter I.D. 6401-6090

# EXHIBIT A

**LEGAL DESCRIPTION**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE UNINCORPORATED AREA, COUNTY OF SACRAMENTO, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

Lot 24, of Arcadia Gardens, according to the official plat thereof, filed in the office of the Recorder of Sacramento County, California, on April 08, 1953, in Book 34 of Maps, Map No. 19.

APN: 255-0083-011-0000